442 A.2d 361

Commonwealth v. Pompey, Appellant.

Argued February 17, 1981. Louis Podel, for appellant; Cynthia H. Severinsen, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.